**No. 60508.**—Fred Leighton, Inc. *v.* United States, protest 264243–K (New York).

Opinion by MOLLISON, J.   The protest was dismissed.

**No. 60509.**—Georges Fuchs, Ltd., and Meadows Wye & Co., Inc. *v.* United States, protests 268265–K and 268446–K (New York).

Opinion by MOLLISON, J.   The protests were dismissed.

BEFORE THE SECOND DIVISION, FEBRUARY 20, 1957

**No. 60510.**—Keuffel & Esser Co. *v.* United States, protests 209181–K, etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of boxes similar in all material respects to those the subject of Abstract 59557, the merchandise entered prior to June 6, 1951, was held dutiable at 5 cents per pound and 10 percent ad valorem under paragraph 1405, as modified, *supra*, and the items entered subsequent to said date were held dutiable at 2½ cents per pound and 10 percent ad valorem under said paragraph 1405, as modified, *supra*.